IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 8 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re:<br><br>J. C. PENNEY DIRECT MARKETING SERVICES, LLC, *et al.*,[1]<br><br>Debtors. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 20-20184 (CML)<br>)<br>)  (Jointly Administered)<br>)  (Formerly jointly Administered under<br>)  J.C. Penney Company, Inc., 20-20182)<br>) |
| ERIC LYNDELL MOORE,<br><br>Plaintiff,<br><br>v.<br><br>COPPER PROPERTY CTL PASS THROUGH TRUST,<br><br>Defendant,<br><br>PENNEY INTERMEDIATE HOLDINGS LLC,<br><br>Defendant. | )  Adversary Proceeding<br>)<br>)  No. 24-02006<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF ADVERSARY PROCEEDING

1.     On March 18, 2025, Plaintiff filed a motion for jury trial and a motion to withdraw the reference in this case. Soon thereafter, Defendants filed objections to the withdrawal of reference. To date, there has been no ruling on the withdrawal of reference.

2.     This Court lacks jurisdiction to litigate these matters for many reasons, including that the J.C.Penney Wind-Down estate is not a party.[2]

---

[1] A complete list of each of the debtors in these chapter 11 cases may be obtained on the website of the debtors' claims and noticing agent at http://cases.primeclerk.com/JCPenney. The location of debtor J.C. Penney Company, Inc.'s principal place of business and the debtors' service address in these chapter 11 cases is 6501 Legacy Drive, Plano, Texas 75024.

[2] See *Celotex*, 115 S. Ct at 1499. Under the Pacor test, a dispute is related to a debtor's bankruptcy if "the outcome of that proceeding could conceivably have any effect on the estate…An action is related to bankruptcy if the outcome could alter the debtor's rights, liabilities, options, or freedom of action…and which in any way impacts upon the handling and administration of the bankrupt estate." *Pacor, Inc. v. Higgins*, 743 F.2d 984, 994 (3d Cir. 1984). Here, a ruling in Plaintiff's favor against either Defendant would have no effect on the administration of the bankruptcy estate, which has no remaining claims and is scheduled to close within the next 30–60 days.

1

3.      Some claims are already pending in the United States District Court for the Southern District of Texas. In those proceedings, Defendants have appeared, sought extensions, and indicated their intent to file responsive pleadings, without challenging the District Court's jurisdiction.

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(1), as incorporated by Federal Rule of Bankruptcy Procedure 7041, Plaintiff Eric Lyndell Moore and joinder parties[3] hereby withdraw and voluntarily dismiss the above-captioned adversary proceeding.

Dated: August 15th, 2025

Respectfully submitted,

ERIC L. MOORE
/s/ *Eric L. Moore*
Eric L. Moore
202 Island Avenue
San Diego, CA 92101
Telephone: (336) 671-2193
Email: moorelyndell7@gmail.com
*Pro se*

---

[3]Plaintiff has confirmed the withdrawal of joinder parties Michael Wachs and Barnett Capital.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I caused a true and correct copy of the foregoing document to be served by the Court's Electronic Case Filing (ECF) System on all counsel of record registered to receive electronic service and by First-Class Mail on the following non-ECF parties:

**BARNETT CAPITAL ADVISORS**

Andrew Carrillo
President, Barnett Capital Advisors LLC
444 Brickell Ave., Suite 820
Miami, FL 33131
Telephone: 305-328-8538
andrew.carrillo@barnettcapitaladvisors.com

**MICHAEL WACHS**

325 Buffalo Ave.
Lindenhurst, NY, 11757
516-669-6279
mikewachs@msn.com

ERIC L. MOORE
/s/ *Eric L. Moore*
Eric L. Moore
202 Island Avenue
San Diego, CA 92101
Telephone: (336) 671-2193
Email: moorelyndell7@gmail.com